# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 99cr471-IEG |
|---|---|
| Plaintiff, | |
| vs. | Order Denying Defendant's Motion to Alter or Amend [Doc. No. 365] |
| PAUL BLAZEVICH, | |
| Defendant. | |

Defendant Paul Blazevich has filed a motion to alter or amend the Court's May 22, 2007 order. Defendant's motion is DENIED.

Although the Court issued its May 22, 2007 order before it received Defendant's reply brief, the Court issued a subsequent order upon receipt of his reply brief declining to change its May 22, 2007 order. The conditions of supervised release set forth in the May 22, 2007 order do not improperly delegate authority to the probation officer. Therefore, Defendant's motion to amend the May 22, 2007 order is DENIED.

**IT IS SO ORDERED**.

**DATED: June 25, 2007**

_Irma E. Gonzalez_
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

99cr471